AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Alabama

2024 NOV 15  A 11: 17

United States of America )
       v. )
Jeremiah Williams )   Case No.  2:24mJ352-SMD
 )
 )
 )
 )
_____ )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 14, 2024_____ in the county of _____Montgomery_____ in the

_____Middle_____ District of _____Alabama_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a Machinegun |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew Erdmann, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____11/15/2024_____

_____
*Judge's signature*

City and state: _____Montgomery, AL_____    Stephen M. Doyle, Chief U.S. Magistrate Judge
*Printed name and title*

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

**AFFIDAVIT IN CRIMINAL COMPLAINT**

I, Andrew Erdmann, being duly sworn, depose and state the following:

1.    I am a Special Agent and Certified Explosives Specialist with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been so employed since December 2016. I have a bachelor's degree in criminal justice from the University of South Alabama and a master's certificate in explosives forensics from Oklahoma State University. I have previously served as a police officer and detective for six years with the Mobile Police Department in Alabama.  During this time, I was involved in numerous search and arrest warrants. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy located in Glynco, Georgia, the Federal Law Enforcement Training Center, Criminal Investigator Training Program, and the ATF Special Agent Basic Training Academy. I make this affidavit in my official capacity as a Special Agent with the ATF. This affidavit is based upon my present knowledge obtained during my investigation as well as information provided to me by other law enforcement officers.

2.    Machinegun Conversion Devices (MCD) have become increasingly prevalent in Alabama, specifically in the city of Montgomery and surrounding counties. These devices are typically attached to Glock pistols and AR type firearms. When attached, the devices cause firearms, which were originally manufactured to fire semi-automatically, to function as machineguns. The devices attached to Glock pistols are commonly referred to as "switches", "boxes", "buttons", "invisi-switches", and "quarters". The Glock devices are commonly constructed of metal or 3D printed plastic. The terms "switch", "box", and "button" refers to a specific type of device that allows the operator to switch between semi-automatic and automatic firing. The term "invisi-switch" refers to a device that appears to be a standard Glock slide cover that is designed to evade detection. The

devices for AR type firearms are commonly referred to as "drop-ins" or "swift links". The term "drop-in" refers to the ease in which the device is equipped on the firearm, in that the device is simply "dropped" into the lower receiver to function as designed. The AR type devices are also commonly constructed of 3D printed plastic or metal. The 3D printed devices are constructed using a 3D printer, which are widely available on the retail market.

3.      During Summer 2024, the Metro Area Crime Suppression Detail (MACS) was formed to combat violent crime within the Montgomery, Alabama area. Much of the violent crime is committed through the use of firearms, many of which have been found to be equipped with machinegun conversion devices. MACS is comprised of law enforcement from the Alabama Attorney General's Office, the Alabama Law Enforcement Agency (ALEA) including the State Bureau of Investigation (SBI) and Highway Patrol, Montgomery Police Department (MPD), Montgomery County Sheriff's Office (MCSO), and ATF.

4.      During intelligence gathering activities associated with MACS, law enforcement located a Facebook account identified by vanity name "Jesse Owens". From several pictures associated with the account, the account holder appeared to be a black male. Law enforcement conducted further investigation and identified the black male as Jeremiah Williams, D.O.B: 05/10/2004. The account was found to have references to machinegun conversion devices, including a post that was dated July 5, 2024. The post depicts several pictures of Jeremiah holding an AR type firearm and an inside the waistband (IWB) handgun holster clip is visible on the front of his waistband. Text above the pictures state "Aint no killing me fucc around n build a (palm tree graphical icon) cs we 4 got switch's (cross graphical icon and sad face graphical icon)".

5.      During additional MACS activities, black male Ishmell Williams, D.O.B: 02/12/2003, was identified as a person suspected of manufacturing and distributing MCDs. A federal search warrant

was conducted on Ishmell's "Smg Solja" Facebook account and data was received from Meta Platforms. Review of that information led to a federal search warrant being executed at Ishmell's residence on September 24, 2024. During the search warrant, multiple MCDs were recovered. The MCDs consisted of both metal and 3D printed plastic devices. Law enforcement also recovered a 3D printer loaded with filament matching the color of the recovered 3D printed MCDs. Law enforcement located a small furnace under the carport of the residence, as well as equipment consistent with metal casting. The metal MCDs were found in various states of completion, indicating the furnace and casting equipment were used to manufacture them. Ishmell denied any involvement in the manufacture or distribution of MCDs, but a cellular phone was later identified as belonging to him was seized.

6.    A federal search warrant was executed on Ishmell's cell phone, and data from the device was provided to me. Data obtained from that device identified communications between Ishmell Williams and Jeremiah Williams. The communications were found between Ishmell and Jeremiah's respective Facebook accounts, as well as between Ishmell's cell phone number and phone number 334-322-1437. Open-source records search identified the account holder for the 1437 number as Jeremiah Williams. I also discovered Jeremiah retrieved a previously stolen AR type firearm from the ATF-Montgomery Field Office, on September 13, 2024. On the release documents associated with the return, Jeremiah's phone number is identified as 334-322-1437.

7.   In text communications dated May 18, 2024, Jeremiah sends Ishmell four zip files. Two of the files are titled "Glock Auto Sear" and the additional two files are titled "Glock Invisasear". After additional communications, Jeremiah states, "Think this the ar one" and sends an additional zip file titled "Moms Demand Full Auto 3D Printable Swift Link". On May 20, 2024, Jeremiah sends Ishmell a text stating "Think I got dat bhii I need like 10 n c wat it do imma break u n". I interpreted

this communication to mean Jeremiah was requesting ten machinegun conversion devices, and if they were profitable, he would include Ishmell in the distribution. On May 22, 2024, Ishmell tells Jeremiah "I got" followed by "Juh bring me back 200 fa 5" and "Oh plastic". I interpreted this communication to mean Ishmell would provide Jeremiah with five 3D printed devices and would receive two hundred dollars once they were sold. Jeremiah responds with an audio message disagreeing with the payment because he provided Ishmell with the files needed to 3D print the devices. On June 29, 2024, Ishmell tells Jeremiah "boy Uk I got det gas" followed by "And Ian made the metal ones". Later on June 29, 2024, Jeremiah sends Ishmell a video, in which Jeremiah can be seen discharging an AR type firearm functioning as a machinegun. Ishmell responds "So they both worked" and "She to much fa ya bih". Jeremiah responds, "His did mine didn't" and "Gotta get another one".

8.    On August 17, 2024, Ishmell communicates with Jeremiah via Facebook Messenger. Ishmell tells Jeremiah "Need the metal yee". Jeremiah and Ishmell negotiate on a price and settle on $125.00, after Jeremiah says, "I really want 250". This price is consistent with a metal AR type machinegun conversion device. The most recent communication observed between Ishmell and Jeremiah, in reference to machinegun conversion devices, occurred on September 5, 2024. In this communication, Jeremiah asks Ishmell "U every used that triangle one", to which Ishmell responds he has not but will. Jeremiah responds, "Gone do dat before I order this metal one". It should be noted that law enforcement recovered AR type devices from Ishmell's residence which are triangular in shape, and this appears to be the type of device Ishmell and Jeremiah are discussing on September 5, 2024.

9.    On November 10, 2024, at approximately 0058 hours, Tuskegee Police Department (TPD) was dispatched to a report of shots fired on the campus of Tuskegee University. Law enforcement

arrived at the university and discovered several individuals had been shot, with one being deceased. I was contacted about the shooting and responded to assist with the investigation. The shooting was found to have occurred in a parking lot near the West Commons building. Investigators located a large amount of ammunition casings of various calibers, throughout the parking lot. I reviewed several videos recorded during the shooting and heard both semi-automatic and machinegun fire from several firearms. Currently, approximately twelve people have been identified as being injured by gunfire. It is currently unknown if all victims have been identified or reported their injuries.

10.    Through witness interviews, it was learned that several vehicles were doing "burnouts" in the parking lot before the shooting began. One of the vehicles was identified as a white Dodge Charger. Several videos obtained which depict the moments before, during, and after the shooting, depicts a white Dodge Charger with a sunroof. One of the videos shows the Charger to have what appears to be a white paper temporary license plate affixed to the rear bumper. No numbers are visible on the plate.

11.    Additional interviews revealed the white Dodge Charger began maneuvering through the parking lot but was hindered due to the number of pedestrians in the area. At least one witness recalled someone inside the Charger discharging a firearm, in what appeared to be an attempt to clear a path for the vehicle to drive, after which several additional rounds of gunfire occurred. Other witnesses recall observing a black male exit the vehicle with a firearm in his hand, at the time of the shooting. One of the witness videos shows the Charger, and a black male wearing a green jacket can be seen in the front passenger seat.

12.    On November 11, 2024, I reviewed recent posts made to Jeremiah Williams's "Jesse Owens" Facebook page. On November 5, 2024, Jeremiah posted "Stayed down n waited my turn

long day n hards night but yet came out stronge". The text is followed by a picture of the interior of a Ford vehicle and a video of the interior of a Dodge vehicle. On November 7, 2024, Jeremiah shared a YouTube channel titled "JayHemi", with a cover photo showing a white Dodge Charger and the text "Tuskegee hc charger takeover vlog subscriber to my yt don't wanna miss it!!" On November 10, 2024, Jeremiah posted "I need all the videos of me last night in a white charger!!". Later on November 10, Jeremiah posted several videos and pictures depicting him in a white Dodge Charger. In one of the videos, a black male wearing a green jacket can be seen sitting in the front passenger seat of the Charger. The video depicts the Charger doing a burnout and appears to be at Tuskegee University. In one of the pictures, Jeremiah can be seen holding an AR type firearm in his hand. In another video shared by Jeremiah on November 10, 2024, what appears to be the same white Charger can be seen approaching a crowd as gunshots from several firearms can be heard. The video is followed by the text "Think god we was okay (hands together graphical icon)".

13.     Through further investigation, Jeremiah's probable current residence was identified as 826 Polk Street, Montgomery, Alabama. During surveillance, a white Dodge Charger matching the description of the vehicle observed at the Tuskegee shooting, as well as on Jeremiah's Facebook page, was seen at the 826 Polk address. A federal search warrant for the property was obtained on November 13, 2024.

14.     On November 14, 2024, the federal search warrant was executed at 826 Polk Street. Jeremiah and black female Kynady Smith were located at the residence. Both were detained while a search of the residence was conducted. Jeremiah was taken to my vehicle, where he was interviewed by ATF SA Richie Carpenter and I. I advised Jeremiah of his Miranda rights, at which point he agreed to speak.

15. Jeremiah admitted to being present at Tuskegee University on November 10, 2024. Jeremiah said he was in his white Dodge Charger, along with two other individuals. Jeremiah identified the two individuals as black male "BJ" and another black male for whom he could not provide a name. Jeremiah said he only knows BJ's first name to be "Bob". Jeremiah said he was armed with an AR pistol, and the other two occupants were also armed with firearms. Jeremiah said he could not identify the firearms possessed by the other occupants, and that I would have to ask them for that information. Jeremiah said the only gun he knows is the one he possessed. Jeremiah said he recalls being in his vehicle when he began hearing shots being fired. Jeremiah said BJ exited his car when the shooting began. Jeremiah said he and his associates later returned to Montgomery after the shooting occurred.

16. Jeremiah denied discharging his firearm during the shooting. Jeremiah identified his firearm as an AR pistol with a tan pistol grip. This firearm was located inside 826 Polk, and was identified as a Palmetto State Armory, model PA-15, multi-caliber AR type firearm, S/N: SCB188698. Jeremiah was told some witnesses at Tuskegee University said the first shots fired came from his vehicle. Jeremiah said he did not discharge his firearm. When asked who in the vehicle shot, Jeremiah asked how he could know because he was watching where he was driving. Jeremiah said he does not know if someone discharged a firearm from his vehicle.

17. During the search of Jeremiah's residence, several items were located in a bedroom bearing the name Bobby Porter. I interviewed Kynady Smith, who identified herself as Jeremiah's girlfriend. Smith identified Bobby Porter as Jeremiah's friend and a person who resides at 826 Polk. Smith said Porter was with Jeremiah on November 10, 2024.

18. On November 14, 2024, black male Bobby Lee Porter, D.O.B: 04/05/2005, came to the ATF-Montgomery Field Office and provided a statement. Porter said he resides with Jeremiah at

826 Polk and has known him since approximately fifth grade. Porter said he was with Jeremiah and another black male during the November 10, 2024, shooting at Tuskegee University. Porter said he was previously acquainted with the other black male but cannot remember his name. Porter said he was armed with his Glock 19 pistol, but did not discharge it. Porter said Jeremiah had two AR type firearms, and that Jeremiah possessed one of the firearms and the unidentified black male associate possessed the other. This contradicts Jeremiah's statement detailed in Paragraph 16 of this affidavit, where Jeremiah said he could not identify the firearms possessed by the other occupants of his vehicle. Porter also said he has previously received communications from Jeremiah in reference to MCDs. Porter recalled Jeremiah discharging an AR type firearm sometime during 2024, and that he observed that firearm to function like a machinegun.

19.     I conducted a field examination of the Palmetto State Armory AR type firearm recovered from Jeremiah's residence. I found the firearm to function semi-automatic, but found indications the firearm was previously equipped with an MCD. Upon separating the upper receiver from the lower receiver, I observed orange colored paint in the rear of the fire control group cavity just forward of the area where the rear lug seats into the lower receiver. Palmetto State Armory has identified this orange-colored paint as being placed by the company's quality control. Of interest is the location of the paint in the fire control group cavity. No parts of the firearm, whether fixed or moving, make contact with the area where the orange paint is located. A distinct wear line is visible across this orange paint. The wear line is consistent with the edge of a drop-in type MCD and is located where the same edge of the MCD would be seated in the fire control group cavity. I have seen this same wear pattern is numerous previous AR type firearms equipped with MCDs.

20. Based on my training and experience, I know that Jeremiah Williams did violate Title 18 USC 922(o) Possession of a Machinegun.

Respectfully submitted,

Andrew Erdmann
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS and EXPLOSIVES (ATF)

Subscribed and sworn to before me
on the 15th day of November, 2024:

STEPHEN M. DOYLE
CHIEF UNITED STATES MAGISTRATE JUDGE